ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/13

John F. Stoviak
Phone: (215) 972-1095
Fax: (215) 972-1921
jstoviak@saul.com
www.saul.com

[Stamp: NOV 05 2013 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.]

November 5, 2013

*So ordered*
*11-5-13*
*[signature]*

**VIA EMAIL**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

    Re:   *In re September 11 Litigation*, 21 MC 101 (AKH)
           *Cantor Fitzgerald & Co, et al.*, 04 CV 7318 (AKH)

Dear Judge Hellerstein:

    I write on behalf of plaintiffs Cantor Fitzgerald, et al. (collectively, "Cantor") and defendants American Airlines, Inc. and AMR Corporation (collectively "American").

    Cantor and American respectfully request an extension of the November 6, 2013 deadline to submit "an agreed statement of facts regarding the events of September 11, 2001 to be read to the jury (or proposed counter-statements if the parties are unable to reach agreement)" provided for under the parties' Joint Amended Case Management Plan and Order dated May 22, 2013 ("CMO"). Needless to say, counsel for both parties have devoted substantial time to the numerous substantive and dispositive motions filed on October 25, 2013 and in preparing for their upcoming mediation. The parties also have had productive discussions concerning that narrative and request this extension so that they hopefully will be able to submit to the Court an agreed narrative as opposed to proposed counter-statements. Accordingly, the parties request that the deadline for submitting an agreed narrative or proposed counter-statements be extended until November 18, 2013.

    In addition, the parties request until November 18, 2013 to submit to the Court the lists of witnesses they intend to call at trial, and summaries of each witness's expected testimony. The CMO included dates for the parties to exchange witness lists and summaries but did not include a date for the parties to submit them to the Court. The factual narrative, witness lists and testimony summaries are topics for discussion at the parties' November 20, 2013 hearing before the Court.

Centre Square West ♦ 1500 Market Street, 38th Floor ♦ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ♦ Fax: (215) 972-7725

1505049.1 11/05/2013    DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

November 5, 2013
Page 2

Please do not hesitate to contact Mr. Barry or me should you have any questions.

Respectfully,

John F. Stoviak

JFS:kb

cc: Desmond T. Barry, Esq.
Roger E. Podesta, Esq.
Victoria Turchetti, Esq.
Jeanette Vargas, Esq.
Sarah Normand, Esq.