



RECEIVED
DEC 02 2013
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

John F. Stoviak
Phone: (215) 972-1095
Fax: (215) 972-1921
jstoviak@saul.com
www.saul.com

December 2, 2013

*So ordered. The conf. set for Thursday, Dec 5, 2013 will not be adjourned.*

*AKH 12-2-13*

**VIA EMAIL**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

    Re:    *In re September 11 Litigation*, 21 MC 101 (AKH)
            *Cantor Fitzgerald & Co, et al.*, 04 CV 7318 (AKH)

Dear Judge Hellerstein:

    We write on behalf of the Cantor Fitzgerald Plaintiffs and the American Airlines Defendants to request an adjournment of the Court Conference scheduled for tomorrow, December 3, 2013 at 10:00 a.m. The parties are prepared to discuss all pending matters at the conference previously scheduled for Thursday, December 5, 2013 at 10:00 a.m.

Respectfully submitted,

John F. Stoviak



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-2-13

JFS:kb

cc:    Desmond T. Barry, Esq.
       Roger E. Podesta, Esq.
       Victoria Turchetti, Esq.
       Jeanette Vargas, Esq.
       Sarah Normand, Esq.

Centre Square West ♦ 1500 Market Street, 38th Floor ♦ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ♦ Fax: (215) 972-7725

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP